# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JONATHAN YORK

NO. 2020 KW 0780

**OCTOBER 12, 2020**

---

In Re:    Jonathan York, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-11-0567.

---

**BEFORE:    HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** This court cannot adequately review the district court's ruling as relator failed to include a copy of the application for postconviction relief and supporting memorandum, the State's response, the commissioner's report, the district court's ruling, the indictment, and any other pertinent documents from the district court record that might support the claims presented for review. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. The application shall be filed on or before December 21, 2020, and should include the missing items noted above and a copy of this ruling.

TMH
MRT
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT